UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE FERA, JOYCE FERA, and PINWHEEL CAFE LLC, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTH BAY ENERGY CORP.,<br><br>Defendant. | Civil Action No.: 23-22877 (ZNQ) (JBD) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs George Fera, Joyce Fera, and Pinwheel Cafe LLC voluntarily dismiss the above captioned action against Defendant South Bay Energy Corp. with prejudice. No Answer or responsive pleadings have been filed into the record of this matter.

Dated: September 12, 2024

Respectfully submitted,

**WITTELS MCINTURFF PALIKOVIC**
By: *s/ Jessica L. Hunter*
Jessica L. Hunter (ID No. 282432018)
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
Telephone: (914) 775-8862
Facsimile: (914) 775-8862
jlh@wittelslaw.com

*Counsel for Plaintiffs and the Proposed Class*

SO ORDERED:
s/Zahid N. Quraishi, U.S.D.J.
Dated: 9/13/2024